IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ABELARDO NEGRETTE-MEDINA,**     3:14-CV-00992-AC

        Petitioner,     ORDER

v.

**MARION FEATHER,**

        Respondent.

**BROWN, Judge.**

    Magistrate Judge John V. Acosta issued Findings and Recommendation (#15) on January 26, 2015, in which he recommends this Court deny as moot Petitioner's Amended Petition (#6) for A Writ of Habeas Corpus Under 28 U.S.C. § 2241 and enter a judgment of dismissal.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009).  *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#15).  Accordingly, the Court **DENIES as moot** Petitioner's Amended Petition (#6) for A Writ of Habeas Corpus and **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 3rd day of March, 2015.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER